**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,                      Case No. 3:17CR159

       Plaintiff

   v.

Phillip M. Carl,

       Defendant

Telephonic status conference re. restitution held November 5, 2018. Time: 1 hour, 5 minutes. Court reporter: Angela Nixon (419.213.5518).

It is hereby

ORDERED THAT:

1. On the government's motion, restitution in the amount of $5,000, due and payable immediately, be, and the same hereby is, awarded to the victim of the offense described in Count 3 of the indictment;

2. Restitution in the amount of $90,000, due and payable immediately, be, and the same hereby is, awarded to the victim of the offense described in Count 1 of the indictment.

3. The $10,000 special assessment under the Juvenile Victims Trafficking Act is due and payable immediately.

4. On or before December 17, 2018, the defendant, his mother, and his brother must submit sworn financial statements to the government.

5. Leave be, and the same hereby is, granted to the government to conduct, in its discretion, a debtor's exam of the defendant.

6. The clerk of court shall forthwith enter an amended judgment to reflect the amounts of restitution owing to the victims of the defendant's offenses.

So ordered.

/s/ James G. Carr<br>Sr. U.S. District Judge